### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER JOHN, on behalf of himself and others similarly situated,**<br>**Plaintiff,**<br><br>**v.**<br><br>**AMERICAN AIRLINES INC.,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  25-6698** |

### O R D E R

**AND NOW**, this 5th day of June, 2026, upon consideration of Defendant American Airlines, Inc.'s Motion to Dismiss (ECF No. 17 (the "Motion")), the opposition thereto (ECF No. 19), and reply in support (ECF No. 20), **IT IS ORDERED** that Defendant's Motion (is **GRANTED**.

BY THE COURT:

/s/ Kelley B. Hodge

---
HODGE, KELLEY B., J.